

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00709-CR

Kayro **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001128D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 26, 2020.

_____
Patricia O. Alvarez, Justice